HENRY GODFREY v. STATE.

No. A-3557. Opinion Filed July 9, 1919.

(182 Pac. 251.)

Appeal from District Court, Logan County; John R. Hickam, Judge.

Henry Godfrey was convicted of keeping a place with the intent to sell intoxicating liquors, and he appeals. Reversed.

H. C. Olds, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Henry Godfrey, was convicted on an information charging that he did keep a place in the city of Guthrie with the felonious intent to sell intoxicating liquors, and on the 26th day of November, 1918, he was sentenced to be imprisoned in the penitentiary for the term of two years and to pay a fine of $250. To reverse the judgment an appeal was duly perfected.

In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which the prosecution in this case was based was held

unconstitutional and void. For the reasons stated in the opinion in the Proctor Case, the judgment is reversed.